UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>JAMSTER MARKETING LITIGATION<br><br>Plaintiff, | MDL No. 1751<br>Master File No. 05cv819 JM(CAB)<br><br>ORDER RE JOINT MOTION TO ALLOW PLAINTIFF PAGE AND JOHNSON'S OPPOSITION TO AT&T MOBILITY'S MOTION TO COMPEL ARBITRATION AND TO DISMISS CASE PURSUANT TO THE FEDERAL ARBITRATION ACT TO EXCEED PAGE LIMIT |

The Court having considered the Joint Motion to Allow Plaintiff Page and Johnson's Opposition to AT&T Mobility's Motion to Compel Arbitration and to Dismiss Case Pursuant to the Federal Arbitration Act to Exceed Page Limit, that was submitted by the parties, and finding good cause, hereby allows Plaintiffs to file a single opposition brief of up to 40 pages and Defendant AT&T Mobility to file a reply brief of up to 25 pages.

IT IS SO ORDERED.

DATED: September 19, 2008

Hon. Jeffrey T. Miller
United States District Judge