# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | MDL NO. 1751 |
| JAMSTER MARKETING LITIGATION, | Master File: 05cv0819 JM(CAB) |
| This document relates to all cases. | ORDER DENYING AT&T'S APPLICATION FOR AN ORDER SHORTENING TIME; DENYING PLAINTIFFS' APPLICATION ENLARGEMENT OF TIME; PERMITTING PLAINTIFFS TO FILE SUR-REPLY |

Defendants Cingular Wireless, LLC, AT&T Wireless Services, Inc., New Cingular Wireless Services, and AT&T Mobility (collectively "AT&T") move to shorten time to hear their pending Motion to Confirm Plan of Implementation For <u>McFerren</u> Settlement ("Motion") so that it may be heard prior to November 17, 2008. A hearing on AT&T's Motion is currently calendared for December 12, 2008. Plaintiffs oppose the application. AT&T argues that it desires to obtain a ruling on its Motion prior to a December 8, 2008 hearing scheduled before judge Bonner in the Fulton County Superior Court. The failure to shorten time may require AT&T to request a continuance of the December 8, 2008 hearing before Judge Bonner. (Motion at p.2:10-13). The court denies the motion. The court has "inherent authority to control its dockets." <u>Atchison, Topeka & Santa Fe Ry. Co. v. Hercules</u>, 146 F.3d 1071, 1074 (9th Cir.1998). In light of the court's calendar and trial schedule, an earlier hearing on the Motion has the potential to disrupt other civil and criminal matters

1  pending before this court. Consequently, the court denies AT&T's application.

2      On October 23, 2008 Plaintiffs filed an <u>ex parte</u> application to continue the motion to dismiss
3  presently set for calendar on November 6, 2008. Defendants oppose the application. Plaintiffs seek
4  to continue the November 6, 2008 hearing until December 12, 2008 in order to provide further briefing
5  (1) concerning the scope of this court's MDL jurisdiction as set forth in the September 29, 2008
6  Injunction Order and (2) responding to Defendants' arguments in the reply briefs related to the court's
7  September 29, 2008 Injunction Order. In light of this court's heavy civil and criminal calendar, the
8  court denies the application to continue the hearing. However, the court grants Plaintiffs leave to file
9  a sur-reply of no more than ten pages in length. Plaintiffs shall file the sur-reply no later than by
10 November 3, 2008 at 9:00 a.m.

11     In sum, the court denies AT&T's <u>ex parte</u> application for an order shortening time, denies
12 Plaintiffs' <u>ex parte</u> application for an enlargement of time, and grants Plaintiffs leave to file a ten-page
13 sur-reply by November 3, 2008 at 9:00 a.m.

14 **IT IS SO ORDERED.**

15 DATED: October 29, 2008

17                                           Hon. Jeffrey T. Miller
                                             United States District Judge

cc:       All parties