# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMSTER MARKETING LITIGATION<br><br>This Document Relates To All Cases | MDL No. 1751<br><br>Master File No. 05 CV 0819 JM (CAB)<br><br>**ORDER GRANTING T-MOBILE'S APPLICATION FOR LEAVE TO FILE REVISED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COORDINATED COMPLAINT [DOCKET 333]**<br><br>Hearing: March 19, 2009, 2:00 p.m.<br>Judge: Jeffrey T. Miller<br>Ctrm: 6 |

Having reviewed and considered T-Mobile USA, Inc.'s Motion for Leave To File a Revised Memorandum in Support of Motion to Dismiss First Amended Coordinated Complaint [Docket No. 333], and good cause appearing therefore, the Motion is hereby GRANTED. T-Mobile's revised memorandum, which was attached to its motion for leave to file (Dkt. No. 333), shall be treated as the Memorandum in Support of T-Mobile's Motion to Dismiss the First Amended Coordinated Complaint, to replace the memorandum previously filed (Dkt. No. 329), and is deemed to have been timely filed with the Court.

IT IS SO ORDERED.

Dated: February 12, 2009

Jeffrey T. Miller
Judge of the United States District Court