# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | MDL NO. 1751 |
| JAMSTER MARKETING LITIGATION, | Master File: 05cv0819 JM(CAB) |
| This document relates to | |
| PAGE v. VERISIGN | Civil No. 06cv0906 JM |
| | ORDER GRANTING APPLICATION TO MODIFY COURT ORDER DATED MARCH 4, 2009 |

On or about March 4, 2009 the court granted Plaintiff Lloyd "Adam" Page's motion for voluntary dismissal. The court inadvertently granted dismissal of the action, and not parties. The Clerk of Court is instructed to vacate the court's March 4, 2009 dismissal of the action (Docket No. 348, entered in 05cv819 and Docket No. 16, entered in 06cv0906) and to dismiss the following parties as to Plaintiff Page only: AT&T Wireless Services, Inc., New Cingular Wireless Services, Inc., and Cingular Wireless LLC a/k/a AT&T Mobility LLC.

**IT IS SO ORDERED.**

DATED: March 13, 2009

Hon. Jeffrey T. Miller
United States District Judge