1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMSTER MARKETING LITIGATION<br><br>This document relates to all cases | MDL No. 1751<br><br>Master File No.: 05 CV 0819 JM (CAB)<br><br>**CLASS ACTION**<br><br>**ORDER FOR PLAINTIFF GERALD SHUCK'S SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of Plaintiff Gerald Shuck to substitute Robert W. Thompson and Kathleen Hartman of Callahan, Thompson, Sherman & Caudill, LLP, who is retained counsel, at the following address:

> 111 Fashion Lane
> Tustin, CA 92780
> Telephone: (714) 730-5700
> Facsimile: (714) 730-1642
> Email: rthompson@ctsclaw.com
>        khartman@ctsclaw.com

1

1 | as attorney of record in place and stead of Robert W. Thompson and Kathleen Hartman of
2 | Callahan, McCune & Willis, APLC is hereby GRANTED.
3 |
4 | DATED: September 10, 2009
5 |                                                        Honorable Jeffrey T. Miller
                                                       United States District Judge